IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| CAROLYN C. RITCHIE, | ) | CIV NO. 14-00046 LEK-KJM |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| STATE OF HAWAI'I, DEPARTMENT OF PUBLIC SAFETY; AND NEAL WAGATSUMA, in his official capacity as Warden of the Kauai Community Correctional Center, Department of Public Safety, State of Hawai'i, and in his individual capacity, | ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 23, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Order: (1) Denying Defendants' Motion To Strike Exhibits "E" - "J: And Plaintiff's Supplemental Declaration Attached To DKT. NO. [445]: Reply Memorandum In Support Of Plaintiff's Motion For Reconsideration Of The Court's Findings And Recommendation To Grant In Part And Deny In Part Defendants' Bill Of Costs

[DKT. NO. [44] Filed June 14, 2017; And (2) Denying Plaintiff's Motion For Reconsideration Of The Court's Findings And Recommendation To Grant In Part And Deny In Part Defendants' Bill Of Costs, Filed May 31, 2017" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 18, 2017.



   /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge